856

No. 81–6989.  MONTOYA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 81–6990.  WILLIFORD *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 81–6991.  GOSS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–6992.  KIRBY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 81–6993.  ARREDONDO *v.* ESTELLE.  C. A. 5th Cir.  Certiorari denied.

No. 81–6995.  BHOJWANI *v.* ILLINOIS STATE BOARD OF LAW EXAMINERS.  Sup. Ct. Ill.  Certiorari denied.

No. 81–6996.  VELEZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 81–6999.  COMER *v.* PARRATT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 81–7000.  ROE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–7001.  WEXLER *v.* LOWER MORELAND TOWNSHIP POLICE DEPARTMENT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–7002.  THOMPSON-EL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–7003.  MILLER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–7004.  CONRAD ET AL. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.